RIPA, CONSUL GENERAL OF POLAND *v.* CALUMET NATIONAL
BANK ET AL.

[No. 27,777.   Filed January 18, 1943.]

*Sevald & Sevald,* of Hammond, for appellant.

*Wilson, Crites & Wilson,* of Hammond (*E. W. Johnson,* of Hammond, of counsel), for appellees.

SWAIM, J.—This appeal involves the same facts and presents only questions which were decided adversely to the appellant in *State ex rel. Ripa, Consul General of Poland* v. *Lake Superior Court, Room 1, ante* p. 436, 43 N. E. (2d) 871.

On the authority of that case the judgment herein is affirmed.

NOTE.—Reported in 46 N. E. 245.